IN THE UNITED STATSES DISTRICT COURT

FOR THE EASTERN OF LOUISANA

17-4818
SECT. I MAG. 4

BYRON GREENE            PLAINTIFF

V.

DOMENICA RESTAURANT
MICHAEL WILSON (INDIVIDUALLY AND OFFICIAL CAPACITIES)
DAVID TAYLOR (INDIVIDUALLY AND OFFICIAL CAPACITIES)
COREY THOMAS (INDIVIDUALLY AND OFFICIAL CAPACITIES)      DEFENDANT

**COMES NOW, PRO SE PLAINTIFF BYRON GREENE** in the above style and cause number to be determine by this court and bring forth this CIVIL COMPLAINT against DOMENICA RESTAURANT, MICHAEL WILSON, DAVID TAYLOR, AND COREY THOMAS and in support thereof will show unto the Court the following : Violation of Plaintiff First, Fourth, Fifth and Fourteenth Amendment Rights.

FACTS

That Domenica Restaurant address is known to be 123 Baronne Street New Orleans, Louisiana 70112.

II

That the Defendants Michael Wilson, David Taylor and Corey Thomas are employed and are supervisors at Domenica Restaurant.

III

That Plaintiff Byron Greene was employed at Domenica Restaurant as a Stewart from on or about September 1, 2017 to February 16, 2017.

IV

That all of the managers and supervisors at Domenica Restaurant are of the white race.

V

That Plaintiff Byron Greene was terminated given no reason for termination on or about February 16, 2017.

VI

That Plaintiff Byron Greene always came to work on time and never received any kind of discipline.

VII

That the Defendants Michael Wilson, David Taylor and Corey Thomas often made jokes of the black race.

VIII

That white employee were treated different than black employee at Domenica Restaurant.

IX

That white employee were advance in position while black employee particularly the Plaintiff were not advance.

X

That the defendants shown clear indifferent between race at Domenica Restaurant.

XI

That the Defendants Michael Wilson, David Taylor, and Corey Thomas allow a white employee name "Shun" to repeatedly come to work after no call no show.

XII

That Plaintiff was required to worked a ten hour shift with no breaks or rest period or lunch at Domenica Restaurant.

XIII

That Domenica Restaurant showed culpable action or inaction in training, supervision or control of subordinates.

XV

That Michael Wilson, David Taylor, and Corey Thomas conduct showed a reckless or callous indifference to the rights of the Plaintiff.

XVI

That Michael Wilson, David Taylor and Corey Thomas were negligent by failure to use care as a reasonable prudent and care person would use under similar circumstance including a broad range of acts or failures to act where the Plaintiff was concerned.

XVII

That Defendants Michael Wilson, David Taylor, and Corey Thomas were personal involved in the sense of helping to cause A CIVIL RIGHTS VIOLATION and acted intentionally, sadistic intent.

### XVII

That Domenica Restaurant created a policy or custom **under which** unconstitutional practices occurred and allowed the continuance of such a policy or custom.

### XVIII

That Defendant Michael Wilson, David Taylor and Corey Thomas constantly harassed the employees of the black race including the Plaintiff.

### IXX

That the Defendants Michael Wilson, David Taylor and Corey Thomas spoke in a hard language when speaking to employee of the black race while employees of the white races were spoke to in a soft and kinder way.

### XX

That the Defendants ways designated the Plaintiff for all details at the work place that required strenuous efforts.

XVIII

That the Plaintiff was required to work in unsafe condition that cause cut and burns.

XIX

That when the Plaintiff was hurt on the job, the Defendant advise that medical care would be interpreted as resignation.

**WHEREFORE PREMISES CONSIDERD,** the Plaintiff Byron Greene Prays that this Honorable Court set a date and time to hear this matter with a jury and determine the dollar amount that should be paid to the Plaintiff for compensatory and Punitive damages.

Respectfully submitted,

Byron /s/  May, 1, 2017

Byron Greene, pro,se Plaintiff
4520 William Blvd. APT. B314
Kenner, Louisiana 70065
greenebd1@outlook.com
(850) 398-3171

Byron Greene
4520 Williams Blvd
Apt B314
Kenner, Louisiana 70065

U.S District Court
Eastern District Louisiana
Clerk Office
500 Poydras Street
New Orleans, La 70130


